# CRIMINAL DOCKET U.S. District Court

| Field | Value |
|---|---|
| PO | 0313 2 |
| Assigned | 1351HH |
| Disp/Sentence | 1343MK |
| Felony | X |
| District | |
| U.S. vs. (LAST, FIRST, MIDDLE) | BOWMAN, KEVIN |
| JS-3 8/92 | |
| Case Filed | 10/02/91 |
| No. of Def's | 26 |
| Docket No. | 00570 |
| Def. | 08 |
| U.S. MAG. CASE NO. | 89-324-M |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute and distribution of Cocaine, a Schedule II narcotic controlled substance  Ct. 1 | 1 |

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF

END ONE AND/OR BEGIN TWO — KEY DATE: 10-3-91 — X Indictment filed/unsealed

## III. MAGISTRATE

(blank)

## IV. ATTORNEYS

U.S. Attorney or Asst.: Allison D. Burroughs, Esq., AUSA

Defense: 1 ☒ CJA

Thomas R. Quinn, Esq.
2114 Locust St.
Phila. Pa.  19103

### BAIL • RELEASE

PRE INDICTMENT / POST-INDICTMENT (blank)

### FINE AND RESTITUTION PAYMENTS

(blank)

Docket Entries Begin On Reverse Side

## V. PROCEEDINGS

| Date | Doc# | Proceedings | Code |
|---|---|---|---|
| **1989** | | | |
| July 6 | | MOTION AND ORDER DTD. 7/5/89 THAT THE COMPLAINT AND WARRANT IS DISMISSED, FILED.  RAP<br>7/11/89 entered and copies mailed. | |
| **1991** | | | |
| -- Oct | 2 | TRUE BILL | |
| 1 " | 2 | ORDER FOR BENCH WARRANT, FILED.  WARRANT EXIT<br>No Bail Entered. | EEN |
| 2 " | 2 | MOTION AND ORDER THAT THE WARDEN OF SCI GRATERFORD AND THE U.S. MARSHAL PRODUCE DEFT. ON 10/8/91 AT 2;00 P.M. FOR ARRAIGNMENT, FILED. | JK |
| 3 " | 3 | Records transferred from Mag. No. 89-0324-M to this case, filed. | |
| -- " | 3 | Letter Unimpounding Indictment, filed. | |
| 4 " | 9 | Bail Status Sheet dated 10/8/91 - 3 day temp. detention, filed. | PBS |
| 5 " | 9 | ORDER DATED 10/8/91 FIXING 10/11/91 AT 2:00 P.M. IN COURTROOM 5-B FOR DETENTION HEARING, FILED.<br>10/10/91 ENTERED AND COPIES MAILED. | PBS |
| 6 " | 9 | Copy of Appointment of and Authority to Pay Court Appointed Counsel under the CJA Act, filed. | PBS |
| 7 " | 11 | Warrant Returned: " On 10/8/91 Executed", filed. | |
| 8 " | 11 | GOVT'S MOTION FOR PRETRIAL DETENTION, MEMORANDUM, FILED. | |
| 9 " | 16 | Bail Status Sheet dated 10/11/91 - Deft. Detained in State Custody<br>PLEA: NOT GUILTY TO CT. 1; Deft. allowed 10 days to file motions, filed. | PBS |
| 10 " | 10 | ORDER DATED 10/11/91 THAT DEFT. BE DETAINED PENDING TRIAL AND IS IS TO BE RETURNED TO THE CUSTODY OF THE STATE, FILED.<br>10/16/91 ENTERED AND COPIES MAILED. | PBS |
| 11 " | 10 | Appearance of Thomas R. Quinn, Esq. as counsel for Deft., filed. | |
| 12 " | 25 | Certified Copy of Order dated 10/2/91 returned: " On 10/11/91 Executed", filed. | |
| -- " | 29 | ORDER THAT THE CASE IS REASSIGNED TO THE CALENDAR OF THE HON. MARVIN KATZ, FILED. (91-570-01)<br>10/30/91 entered & copies mailed. | LB |
| -- Nov. | 15 | ORDER KATZ, J. RE: TRIAL MANAGEMENT PLAN, FILED. (91-570-01)<br>11/18/91 entered & copies mailed. | MK |
| -- " | 21 | ORDER SUPPLEMENTING COURT'S TRIAL MANAGEMENT ORDER DATED 11/15/91, FILED. (91-570-01)<br>11/21/91 ENTERED AND COPIES MAILED. | MK |
| -- " | 22 | ORDER THAT ALL MOTIONS FILED PURSUANT TO THE COURT'S TRIAL MANAGEMENT ORDERS SHALL BE HAND DELIVERED BY 12/6/91, ETC., FILED. (91-570-01)<br>11/25/91 entered & copies mailed. | MK |
| -- " | 25 | GOVT'S MOTION TO ADMIT TAPE RECORDINGS, CERT. OF SERVICE, FILED. (91-570-01) | |
| -- " | 25 | ORDER THAT A PRETRIAL CONFERENCE WILL BE HELD ON 12/11/91 AT 9:30 A.M., FILED. (91-570-01)<br>11/26/91 entered & copies mailed. | MK |

( C O N T )

CONTINUED TO PAGE

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| **1991** | | | | | |
| Nov 26 | ORDER DATED 11/25/91 THAT DEFTS' MOTIONS REQUESTING THAT TAPE RECORDINGS BE SUPPRESSED ARE DENIED WITHOUT PREJUDICE, ETC., FILED. (91-570-01) 11/27/91 ENTERED AND COPIES MAILED. | MK | | | |
| " 27 | GOVT'S TRIAL MANAGEMENT PLAN, CERT. OF SERVICE, FILED. (91-570-01) | | | | |
| " 27 | ORDER THAT A PRETRIAL CONFERENCE IN THE ABOVE CASE PRESENTLY SCHEDULED FOR DEC. 11, 1991 AT 9:30 A.M. HAS BEEN RESCHEDULED FOR DECEMBER 11, 1991 AT 4:00 P.M. IN COURTROOM 13-B, FILED. (91-570-01) 11/29/91 ENTERED & COPIES MAILED.. | MK | | | |
| Dec 3 | ORDER THAT GOVT'S MOTION TO ADMIT TAPE RECORDINGS WILL BE HEARD IN CONJUNCTION WITH DEFTS' STARKS MOTIONS, ETC., FILED. (91-570-01) 12/3/91 ENTERED AND COPIES MAILED. | MK | | | |
| " 3 | ORDER THAT THE EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF GOVT'S MOTION TO ADMIT TAPE RECORDINGS, FILED. (91-570-01) 12/3/91 ENTERED AND COPIES MAILED. | MK-CLK | | | |
| " 12 | ORDER DATED 12/11/91 THAT THIS CASE SHALL BE SPECIALLY LISTED FOR TRIAL ON 3/23/92 AT 9:30 A.M., FILED. (91-570-01) 12/12/91 ENTERED AND COPIES MAILED. | MK | | | |
| " 12 | ORDER DATED 12/11/91 THAT THIS ACTION CANNOT PROCEED TO TRIAL AND DISPOSITION AND MUSTE BE CONTINUED IN ACCORDANCE WITH 18:3161(h)(8), FILED. (91-570-01) 12/12/91 ENTERED AND COPIES MAILED. | MK | | | |
| " 12 | ORDER THAT THE GOVT. SHALL FILE ANY NECESSARY CORRECTED RESPONSES COVERING FOURTH AND FIFTH AMENDMENT DISCOVERY MATERIALS WITHIN 10 DAYS, FILED. (91-570-01) 12/12/91 ENTERED AND COPIES MAILED. | MK | | | |
| " 13 | ORDER THAT THE GOVT. SHALL FURNISH EACH DEFT. LAWYERS WITH A COPY OF THE TAPES OF THOSE RECORDED CONVERSATIONS WHICH THE GOVT. INTENDS TO PLAY THE TRAIL, ETC., FILED. (91-0570-01) | MK | | | |
| " 13 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 3/23/92 AT 9:30 A.M. IN COURTROOM 13-B., FILED. (91-0570-01) 12/16/91 entered & copies mailed. | MK-CLK | | | |
| " 16 | ORDER THAT THE GOVT. WILL FILE A BILL OF PARTICULARS WITHIN 20 DAYS, FILED. (91-0570-01) 12/16/91 ENTERED & COPIES MAILED. | MK | | | |
| " 17 | Pretrial Conference of 12/11/91 Re: Case Management Procedures, filed. (91-0570-01) | MK | | | |
| " 17 | ORDER DATED 12/11/91 THAT THE MOTION FOR EXPEDITED PAYMENTS IS GRANTED., FILED. (91-00570-01) 12/18/91 entered & copies mailed. | MK | | | |
| " 23 | GOVT'S MOTION FOR RECONSIDERATION OF ORDER DATED 12/13/91 REGARDING PRODUCTION OF TAPES AND RECORDED CONVERSATIONS, CERT. OF SERVICE, FILED. (91-570-01) | | | | |
| " 23 | Govt's response to order regarding fourth and fifth amendment discovery materials, cert. of service, filed. (91-570-01) | | | | |
| " 24 | Govt's response to order of 12/13/91 regarding total running time of recorded conversations, cert. of service, filed. (91-570-01) | | | | |
| " 24 | Govt's Bill of Particulars, Cert. of Service, filed. (91-570-01) | | | | |

( O V E R )

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1991 | | | | | | |
| -- Dec | 30 | ORDER MODIFYING ORDER OF 12/13/91 TO PERMIT DEFENSE COUNSEL TO REQUEST SPECIFIC TAPES WHICH SHALL THEN BE COPIED BY THE GOVT., FILED. (91-570-01) 12/31/91 ENTERED AND COPIES MAILED. | MK | | | |
| 1992 | | | | | | |
| -- Feb. | 6 | Govt's supplemental Bill of Particulars, Cert. of Service, filed. (91-00570-01). | | | | |
| -- " | 10 | Govt's status report, cert. of service, filed. (91-0570-01). | | | | |
| 13 " | 14 | DEFT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ADDITIONAL PRETRIAL MOTIONS, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| 14 " | 14 | DEFT'S MOTION TO JOIN IN PRETRIAL MOTIONS OF CO-DEFTS, CERT. OF SERVICE, FILED. | | | | |
| 15 " | 14 | DEFT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE, MEMORANDUM, CERT. OF SERVICE, FILED. | | | | |
| -- " | 18 | ORDER THAT COUNSEL FOR DEFTS SHALL SUBMIT TO THE GOVT. ATTYS, WITHIN TEN DAYS FROM THE DATE HEREOF ANY OBJECTIONS, COMMENTS, OR PROPOSED ADDITIONAL QUESTIONS WITH RESPECT TO THE GOVT'S PROPOSED QUESTIONNAIRE FOR PROSPECTIVE JURORS, ETC, FILED. (91-570-01) 2/18/92 ENTERED & COPIES MAILED. | MK | | | |
| -- " | 18 | ORDER THAT THE GOVT'S ATTORNEYS AND EACH DEFENSE COUNSEL HAVING STARKS OBJECTIONS MEET WITH FIFTEEN DAYS FROM THE DATE OF THIS ORDER IN AN EFFORT TO RESOLVE PARTICULAR OBJECTIONS, FILED. (91=570-01) 2/18/92 ENTERED & COPIES MAILED. | MK | | | |
| 16 " | 18 | ORDER THAT DEFT. IS GRANTED LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS UNTIL 2/21/92 AS REQUESTED, FILED. 2/19/92 ENTERED & COPIES MAILED. | MK | | | |
| 17 " | 19 | ORDER THAT DEFT'S MOTION TO JOIN IN PRETRIAL MOTIONS OF CO-DEFENDANTS IS GRANTED, ETC, FILED. 2/19/92 ENTERED & COPIES MAILED. | MK | | | |
| 18 " | 19 | Govt's response to deft's motion to join in pretrial motions of co-defendants, cert. of service, filed. | | | | |
| -- " | 20 | ORDER THAT THE ADDITIONAL QUESTIONS CONTAINED IN THE PATTERSON QUESTIONNAIRE SHALL BE ADDED AND THAT THE QUESTIONS IN THE GOVT'S PROPOSED QUESTINNAIRE ARE APPROVED, SUBJECT TO THE PROCEDURES AS SET FORTH IN THE COURT'S ORDER OF FEB. 18, 1992, FILED. (91-570-01) 2/21/92 ENTERED & COPIES MAILED. | MK | | | |
| 19 " | 24 | Govt's response to deft's motion to suppress physical evidence cert. of service, filed. | | | | |
| 20 " | 25 | ORDER THAT EXCLUDABLE TIME IN THE ABOVE-CAPTIONED CASE BE COMPUTED AND ENTERED IN THE RECORD FROM THE DATE OF FILING OF DEFT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE FILED ON 2/14/92 UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR OTHER PROMPT DISPOSITION IS MADE, FILED. 2/26/92 ENTERED & COPIES MAILED. | MK-CLK | | | |

CONTINUED...

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1992 | | | | | |
| — Feb. 28 | ORDER THAT ANY RESPONSE TO GOVT'S MOTION REQUESTING THE USE OF AN ANONYMOUS JURY SHALL BE FILED BY MARCH 6, 1192, FILED. 2/28/92 ENTERED & COPIES MAILED. (91-570-01) | MK | | | |
| — Mar 2 | ORDER GRANTING THE GOVT'S MOTION TO EMPANEL THE JURY ANONYMOUSLY; AMENDING COURT'S ORDER OF 2/28/92 TO REQUEST MOTIONS FOR RECONSIDERATION OF THIS ORDER BE FILED BY 3/6/92, FILED. (91-570-01) 3/3/92 ENTERED AND COPIES MAILED. | MK | | | |
| — " 3 | Govt's status report, cert. of service, filed. (91-570-01). | | | | |
| — " 3 | Govt's supplemental bill of particulars, cert. of service, filed. (91-570-01). | | | | |
| — " 3 | ORDER THAT THE GOVT. SHALL PRESENT BY MARCH 6, 1992 A REASONED BASIS TO SUPORT A CONCLUSION THAT A JOINT TRIAL OF 19 DEFTS IS MORE CONSISTENT WITH THE FAIR ADMINISTRATION OF JUSTICE THAN SOME MANAGEABLE DIVISION OF THE CASE INTO SEPARATE TRIAL FOR GROUPS OF DEFTS, ETC: A PRETRIAL CONFERENCE WILL BE HELD ON MARCH 12, 1992 AT 4:30 P.M. IN COURTROOM 13-B, FILED. (91-570-01). 3/4/92 ENTERED & COPIES MAILED BY CHAMBERS 3/3/92 | MK | | | |
| — " 3 | ODER THAT IN VIEW OF THE GOVT'S STATUS REPORT WITH REGARD TO THE SEARCH WARRANT FOR AUTHORIZATION FOR THE SEARCH OF 6801 CRITTENDON STREET, ANY MOTIONS WITH RESPECT TO SUCH SEARCH SHALL BE FILED WITHIN TEN DAYS, FILED. (91-570-01). 3/4/92 ENTERED & COPIES MAILED. | MK | | | |
| — " 6 | Govt's response to order of the court dated 3/3/92 regarding severance, cert of service, filed. (91-570-01) | | | | |
| — " 12 | GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS, CERT. OF SERVICE, FILED. (91-570-01). | | | | |
| — " 13 | ORDER THAT THE TIME FOR RESPONSE TO GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS SHORTENED TO MARCH 18, 1992: ETC:, TRIAL WILL COMMENCE ON MARCH 23, 1992 WITH THE JURY PANEL'S FILLING OUT VOIR DIRE QUESTIONNAIRE, ETC, FILED. (91-570-01) 3/16/92 ENTERED & COPIES MAILED BY CHAMBERS 3/13/92 | MK | | | |
| 21 " 13 | ORDER THAT THE WARDEN OF SCI GRATER FORD AND THE U.S. MARSHAL PRODUCE THE BODY OF KEVIN BOWMAN ON MARCH 23, 1992 AT 9:30 A.M. BEFORE THE HON. MARVIN KATZ IN COURTROOM 13-B TO APPEAR FOR TRIAL, FILED. 3/16/92 ENTERED.... | MK | | | |
| — " 16 | ORDER THAT THE VOIR DIRE "HARDSHIP" QUESTIONNAIRE SHOULD BE PREPARED BY THE GOVT. AND 300 COPIES SUBMITTED BY MARCH 23, 1992, AND SHOULD CONTAIN A REALISTIC ESTIMATE OF THE LENGTH OF THE TRIAL, SPECIFYING A STARTING DATE OF MARCH 30, 1992 FOR THE PANEL'S GUIDANCE RATHER THAN THE OPEN ENDED FORMULATION OF "OVER" A CERTAIN NUMBERS OF WEEKS, ETC, FILED. 3/17/92 ENTERED & COPIES MAILED BY CHAMBERS (91-570-01) | MK | | | |

(OVER)

| DATE 1992 | | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|---|
| — | Mar. 17 | | ORDER THAT COUNSEL ARE REQUESTED TO EXPLAIN BY MARCH 19, 1992 THE REPRESENTATION IN THE ATTACHED LETTER THAT THE TRIAL TIME NEEDED FOR GROUPING (f) THROUGH (j) WOULD BE APPROXIMATELY FIVE TO SIX WEEKS IN LIGHT OF THE GOVT'S REPRESENTATION AT THE PRETRIAL CONFERENCE OF MARCH 12, 1992 THAT THE TRIAL OF ALLEGED TO LEADER JAMES COLE WOULD TAKE ONLY LAST TWO TO THREE WEEKS, FILED, (91-570-01) 3/18/92 ENTERED & COPIES MAILED BY CHAMBERS | MK | | | |
| — | " 17 | | Govt's status report, cert. of service, filed. (91-570-01) | | | | |
| — | " 18 | | Govt's status report, cert. of service, filed. (91-570-01) | | | | |
| — | " 18 | | Govt's status report as to order dated 3/17/92, cert. of service, filed. (91-570-1) | | | | |
| — | " 18 | | ORDER THAT GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS GRANTED AND THE WORDS "COMMUNITY AND" SHALL BE INCLUDED IN QUESTION 2(d), FILED. (91-570-01) 3/19/92 ENTERED & COPIES MAILED. | MK | | | |
| 22 | " 19 | | ORDER THAT THE WARDEN OF GRATERFORD PRISON AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 3/20/92 AT 10:00 A.M., FILED. 3/23/92 entered. | MK | | | |
| 23 | " 19 | | ORDER THAT THE APPLICATION & ORDER FOR DISCLOSURE ARE SEALED AND IMPOUNDED, FILED. | JRM | | | |
| — | " 19 | | APPLICATION & ORDER FOR DISCLOSURE OF RETURNS AND RETURN INFORMATION AS TO KEVIN BOWMAN, FILED. (UNDER SEAL) 3/23/92 ENTERED..... | JRM | | | |
| 24 | " 20 | | Govt's plea memorandum, cert. of service, filed. | | | | |
| — | " 20 | | GOVT'S MOTION IN SUPPORT OF THE ADMISSIBILITY OF UNCHARGED CRIMES, MEMO, CERT. OF SERVICE, FILED. (91-570-01) | | | | |
| — | " 20 | | ORDER THAT THE COURT WILL HEAR THE STARKS MOTION ON MARCH 23, 1992 AT 2:00 P.M., FILED. (91-570-01) 3/24/92 ENTERED... | MK | | | |
| — | " 20 | | ORDER THAT COUNSEL SHALL REPORT TO CTRM. 13B ON MARCH 23, 1992 AT 9:30 A.M. FOR A STATUS CALL: THE COURT WILL AGAIN CONFER WITH COUNSEL TO DETERMINE WHICH DEFTS ELECT A NONTRIAL DISPOSITION: THE COURT WILL HEAR LEGAL ARGUMENTS ON THE PENDING SEVERANCE MOTIONS ON MARCH 23, 1992 AT 2:00 P.M.: ALL OTHER MOTIONS WILL BE HEARD ON MARCH 30, 1992 AT 9:30 A.M., FILED. (91-570-01) 3/24/92 ENTERED... | MK | | | |
| — | " 23 | | ORDER THAT THE DEFTS SHALL RESPOND BY FRIDAY, MARCH 27, 1992 TO GOVT'S MOTION IN SUPPORT OF THE ADMISSIBILITY OF UNCHARGED CRIMES, AND SHALL INCLUDE IN THEIR RESPONSED SUGGESTED LIMITING INSTRUCTIONS, FILED. (91-570-01) 3/25/92 ENTERED.... | MK | | | |
| 25 | " 23 | | CHANGE OF PLEA HEARING 3/20/92: Guilty to Ct. 1; Presentence report ordered; Deft. Motion for suppression denied as moot; Sentence fixed for June 1, 1992 at 9:30 A.M., filed. | MK | | | |
| 26 | " 23 | | ORDER THAT DEFT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE IS DENIED AS MOOT, FILED. 3/25/92 ENTERED & COPIES MAILED. | MK | | | |
| 27 | " 23 | | Govt's plea memorandum, filed. | | | | |
| 28 | " 23 | | Memorandum of Agreement, cert. of service, filed. | | | | |

CONTINUED...

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs
BOWMAN, KEVIN
AO 256A

| | | |
|---|---|---|
| 91 | 00570 | 08 |
| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) —(Document No.)— | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1992 | | |
| Mar. 24 | ORDER THAT GOVT'S MOTION TO ADMIT TAPE RECORDINGS AND THE TRANSCRIPTS THEREOF INTO EVIDENCE IS GRANTED, FILED. (91-570-01)  3/26/92 ENTERED & COPIES MAILED. | MK |
| " 24 | ORDER THAT COUNSEL WHOSE CLIENTS ARE GOING TO TRIAL ON MARCH 30, 1992 AT 9:30 A.M. SHALL CONFER AND ADVISE THE COURT BY MARCH 27, 1992 AS TO THOSE MEMBERS OF THE JURY PANEL AS TO WHOM THEY AGREE MAY BE EXCULSED ON THE BASIS OF THEIR VOIR DIRE QUESTIONNAIRE, FILED.(91-570-01) 3/26/92 ENTERED & COPIES MAILED. | MK |
| " 24 | ORDER THAT CONSEL ARE REQUESTED TO BRIEF THE PROBATION REPORT ISSUED BY MARCH 27, 1992. THE COURT WILL HEAR THE MATTER AT TRIAL, FILED. (91-570-01) 3/26/92 ENTERED... | MK |
| " 24 | ORDER THAT COUNSEL REPRESENTING DEFTS. SERVING STATE SENTENCES ARE REQUESTED TO ADVISE THE COURT BY 3/27/92 WHETHER THERE IS OBJECTIONS TO THEIR CLIENTS' BEING HELD AT GRATERFORD DURING THE TRIAL, ETC, FILED. (91-570-01) 3/26/92 ENTERED... | MK |
| " 24 | ORDER THAT COUNSEL REPRESENTING DEFTS. SERVING STATE SENTENCES NEED NOT ADVISE THE COURT WHETHER THERE IS OBJECTION TO THEIR CLIENTS' BEING HELD AT GRATERFORD DURING TRIAL, BECAUSE THE COURT IS ADVISED THAT THE MATTER HAS BEEN RESOLVED, FILED. 3/26/92 ENTERED.... | MK |
| " 24 | ORDER AND MEMORANDUM THAT THE TRIAL OF THE DEFTS IN THE ABOVE CASE ARE SEVERED AS FOLLOWS: THE FOLLOWING DEFTS SHALL PROCEED TO TRIAL FIRST, AARON JONES, BRYAN THORTON, AND BERNARD FIELDS, ETC., THE TRIAL OF THE REMAINING DEFTS IS CONTINUED, ETC, FILED.  (91-570-01) 3/26/92 ENTERED. | MK |
| " 30 | Tape of hearing of 3/20/92, filed. (C.R. Tape #429) | |
| 29 Apr. 7 | Certified copy of order dtd. 3/19/92 returned, "executed on 3/20/92", filed. | |
| 30 " 21 | Certified copy of order dtd. 3/13/92 returned, "unexecuted", filed. | |
| May 6 | Govt's supplemental bill of particulars, cert. of service, filed.(91-570-02) | |
| Jun. 1 | ORDER THAT THE TRIAL FOR THE REMAINING DEFTS IS CONTINUED PURSUANT TO 18:3161(h)(8)(A),(B)(i), ETC., FILED. (91-570-02) 6/2/92 entered & copies mailed. | MK |
| 31 July 21 | ORDER THAT THE ATTACHED LETTERS SHALL BE FILED BY THE CLERK AND COPIES SENT TO COUNSEL FOR MR. BOWMAN AND THE GOVERNMENT, FILED. 7/22/92 ENTERED & COPIES MAILED. | MK |
| " 21 | Letters to Judge Katz on behalf of deft, filed. | |

( O V E R )

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| ==1992== | | | | | |
| 32 July 21 | ORDER THAT THE WARDEN OF SCI-GRATERFORD AND THE U.S. MARSHAL PRODUCE BEFORE THIS COURT THE BODY OF KEVIN BOWMAN ON JULY 29, 1992 AT 4:30 P.M. BEFORE THE HON. MARVIN KATZ TO APPEAR FOR SENTENCING IN CTRM. 13-B, FILED.  7/22/92 ENTERED | MK | | | |
| 33 " 28 | ORDER DATED 7/27/92 THAT THE ATTACHED LETTER AND PETITION FOR LENIENCY SHALL BE FILED BY THE CLERK AND COPIES SENT TO COUNSEL FOR DEFT. AND THE GOVT., FILED.  7/28/92 entered & copies mailed. | MK | | | |
| (33) " 28 | Letters dated 6/24/92 from Sennie Coe to Judge Katz re: petition for leniency on behalf of deft., filed. | | | | |
| 34 " 28 | ORDER DATED 7/27/92 THAT THE ATTACHED LETTER SHALL BE FILED AND COPIES SENT TO COUNSEL FOR DEFT. AND THE GOVT., FILED.  7/29/92 entered & copies mailed. | MK | | | |
| (34) " 28 | Letter dated 6/22/92 from Michael A. Rabb to Judge Katz on behalf of deft. re: sentencing, filed. | | | | |
| 35 " 29 | ORDER THAT THE WARDEN OF SCI GRATERFORD AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 8/6/92 AT 9:30 A.M. TO APPEAR FOR SENTENCING, FILED.  7/29/92 entered. | MK | | | |
| 36 Jul 29 | ORDER THAT THE ATTACHED PETITION SHALL BE FILED BY THE CLERK AND COPIES SENT TO COUNSEL FOR MR. BOWMAN AND THE GOVT., FILED. 7/30/92 ENTERED AND COPIES MAILED. | | | | |
| (36) " 29 | Petition Requesting Leniency in Sentencing on behalf of Deft., filed. | | | | |
| 37 Aug. 4 | Govt's Sentencing Memorandum, cert. of service, filed. | | | | |
| 38 " 5 | Deft's Sentencing Memorandum, cert. of service, filed. | | | | |
| 39 " 7 | SENTENCE OF 8/6/92: ct. 1 - Impr. 235 months to run concurrently with the deft's State sentence, supervised release of 5 yrs. and special assessment of $50.00, filed. | | | | |
| 40 " 7 | JUDGMENT AND COMMITMENT ORDER DATED 8/6/92, FILED.  8/10/92 entered. | MK | | | |
| 41 " 7 | ORDER THAT THE COURT DETERMINATION PURSUANT TO RULE 32(c)(3) BE APPENDED TO AND ACCOMPANY THE PSI REPORT, ETC., FILED.  8/10/92 entered & copies mailed. | (D) MK | | | |
| 42 " 11 | Transcript of 8/6/92, filed. | | | | |
| 43 " 17 | Copy of order dated 7/21/92 returned, "unexecuted," filed. | | | | |
| 44 Sept. 18 | Certified copy of order dated 7/29/92 returned, "executed on 8/6/92", filed. | | | | |
| -- Nov 27 | Tape of Hearing of 8/6/92, filed. ( C.R. Tape # 432) | | | | |
| 2008 | | | | | |
| --- MAY 1 | ORDER THAT THIS CASE IS REASSIGNED FROM JUDGE MARVIN KATZ TO JUDGE EDUARDO C. ROBRENO. SIGNED 5/1/08. MAILED 5/2/08. | HB | | | |