IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 2:91-CR-00570-PD-8 |
| v. : | |
| : | |
| KEVIN BOWMAN : | |

## GOVERNMENT'S REPSONSE TO DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE

The United States of America, by and through its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Timothy M. Lanni, Assistant United States Attorney, responds to and objects to defendant's motion for early termination of supervised release, and in support of this response states as follows:

On August 6, 1992, defendant Bowman was sentenced to a term of 235 months to be followed by a term of 5 years of supervision. On or about, March 13, 2023, defendant was released from custody and began his term of supervised release. To date, defendant has served a little over a year of that five-year term. While the defendant has been complaint with the terms of his supervised release, United States Probation Office informed the undersigned AUSA that United States Probation Office, as a matter of policy, due to the nature of the original conviction, could not consent to early terminate of defendant's supervised release. The government does not consent to the defendant's motion for termination of supervised release as to date defendant has only served about one-fifth of his term of supervision.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*s/ TIMOTHY M. LANNI*
TIMOTHY M. LANNI
Assistant United States Attorney